Lourdes IGLESIAS, Plaintiff—
Appellant,

v.

WAL–MART STORES EAST, L.P.,
Defendant—Appellee.

No. 09–2336.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 22, 2010.

Decided: April 26, 2010.

Lourdes Iglesias, Appellant Pro Se. Lindsey Hager McGinnis, Littler Mendelson, Washington, D.C., for Appellee.

Before TRAXLER, Chief Judge, and KING and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lourdes Iglesias appeals the district court's order granting Defendant's motion to dismiss her claims against it. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See Iglesias v. Wal–Mart Stores East,* L.P., No. 2:09–cv–00008–MSD–FBS (E.D.Va. Oct. 26, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*